UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FRANKLIN MENDEZ,                                              :
                                   Plaintiff,                 :       23 Civ. 8816 (LGS)
                                                              :
            -against-                                         :       ORDER
                                                              :
JOHN JAY COLL. OF CRIM. JUSTICE,                              :
                                   Defendant.                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated October 11, 2023, granted Plaintiff's application to proceed *in forma pauperis*.

WHEREAS, because Plaintiff's application to proceed *in forma pauperis* has been granted, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service.

WHEREAS, Plaintiff filed an unsigned order to show cause on October 6, 2023.

WHEREAS, Plaintiff also has the option to effectuate service on Defendant himself in accordance with the Southern District of New York's instructions for service by pro se plaintiffs, *see* https://www.nysd.uscourts.gov/prose-faqs (FAQ "Who can service my summons and complaint?").  Service effectuated by Plaintiff may allow this action to proceed to more expeditiously to the issues raised in Plaintiff's unsigned order to show cause.  It is hereby

**ORDERED** that Plaintiff may file a letter by **October 25, 2023,** stating if he intends to effectuate service himself, rather than relying on the U.S. Marshals Service.  If no letter is filed by **October 25, 2023,** an Order of Service directing service by the U.S. Marshals Service will issue.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: October 17, 2023
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**