UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKLIN MENDEZ,
                                Plaintiff, :      23 Civ. 8816 (LGS)

            -against- :      <u>ORDER</u>

JOHN JAY COLL. OF CRIM. JUSTICE,
                             Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 6, 2023, Plaintiff filed a Complaint and a proposed Order to show cause for preliminary injunction and temporary restraining order.

       WHEREAS, because Plaintiff's application to proceed *in forma pauperis* has been granted, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service.

       WHEREAS, on October 27, 2023, Plaintiff filed a request for expedited service by the U.S. Marshals Service.

       WHEREAS, an Order to Show Cause is issued in conjunction with this Order. It is hereby

       **ORDERED** that Plaintiff's request for expedited service by the U.S. Marshals Service is **GRANTED** in part. To allow Plaintiff to effect service on Defendant John Jay College of Criminal Justice through the U.S. Marshals Service, the Clerk of Court is respectfully directed to fill out a U.S. Marshals Service Process Receipt and Return form for Defendant. It is further

       **ORDERED** that the Clerk of Court is respectfully directed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect expedited service of the summons, Complaint and Order to Show Cause upon Defendant by **November 15, 2023**.

Defendant and its service address are as follows:

1. John Jay College of Criminal Justice, 524 W 59th St, New York, NY 10019

The Clerk of Court is directed to mail a copy of this Order to pro se Plaintiff, together with an information package.

Dated: November 3, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**