UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANKLIN MENDEZ,                                            :
                                Plaintiff,        :           23 Civ. 8816 (LGS)
                                                            :
                -against-                                  :                <u>ORDER</u>
                                                            :
JOHN JAY COLL. OF CRIM. JUSTICE,                            :
                                Defendant.        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on December 6, 2023, a hearing was held on Plaintiff's motion for a temporary restraining order or preliminary injunction.

       WHEREAS, the parties agreed while the motion is pending to meet at a mutually convenient time on December 7, 2023, in the John Jay College of Criminal Justice Office of Accessibility Services to transfer an accessible Word version of Plaintiff's Ethics & Technology course textbook to Plaintiff's computer. It is hereby

       **ORDERED** that Defendant shall file a letter by **12:00 P.M. on December 8, 2023**, stating the outcome of that meeting. Defendant shall email a copy of this Order to Plaintiff.

Dated: December 6, 2023
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**