UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANKLIN MENDEZ,
                           Plaintiff,

                  -against-                      23 Civ. 8816 (LGS)

                                              ORDER
JOHN JAY COLLEGE OF CRIMINAL
JUSTICE,
                           Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant's motion to dismiss the Complaint is currently pending before the Court. It is hereby

      **ORDERED** that a conference regarding the current status of the dispute between the parties and related matters will be held on **December 17, 2024, at 3:00 P.M**. The Court will not hear oral argument on the motion. The conference will be telephonic. The parties shall call (855) 244-8681 and enter the access code 23111938649. The telephonic conference is public, and the time of the conference is approximate, but the parties shall be ready to proceed by that time.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: December 9, 2024
           New York, New York

                                                                      LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE