**Franklin Mendez**
P.O. Box 304
New York, NY 10108
fmendez3327@gmail.com
(646) 641-6805

May 16, 2025

**Pro Se Office**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **DENIED**.  Plaintiff is apprised that, pursuant to the Court's Individual Rule III.C.3 and Local Rule 37.2, he must first confer with Defendant regarding any discovery dispute before requesting to file a motion to compel.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 91

Dated: May 20, 2025
          New York, New York

**The Honorable Lorna G. Schofield**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**Re: Franklin Mendez v. John Jay College of Criminal Justice**
**Case No. 1:23-cv-08816 (LGS)**

**Dear Judge Schofield:**

I respectfully write to inform the Court that on **May 6, 2025**, I served **Plaintiff's First Request for Production of Documents and Interrogatories** on Defendant **John Jay College of Criminal Justice**, pursuant to **Federal Rules of Civil Procedure 29, 33, and 34**. As of the date of this letter, Defendant has not responded or produced any documents to said request.

Accordingly, I respectfully move to **compel Defendant's compliance** with its discovery obligations. This request seeks information central to the factual record of this case, particularly regarding Defendant's handling of disability accommodations under the **Americans with Disabilities Act (ADA)** and **Section 504 of the Rehabilitation Act**.

Specifically, I request that the Court compel Defendant to produce all documents, audio recordings, transcripts, notes, chat logs, and other materials related to the Zoom meeting entitled **"Investing in Your Success at JJ"**, held on **Thursday, September 7, 2023, at 11:30 AM** (Meeting ID: 828 8936 7262, Passcode: 733187). This meeting, organized by Assistant Director **Gizele Terry** of the Office of Accessibility Services and attended by senior administrators including **Nadia Griffith-Allen**, **Vice President Brian Kerr**, and **Dr. Denise B. Maybank**, Vice Chancellor for Student Affairs at **The City University of New York (CUNY)**, addressed matters directly relevant to this litigation.

Enclosed for the Court's review are: