UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANKLIN MENDEZ,
                       Plaintiff,

          -against-

JOHN JAY COLLEGE OF CRIMINAL JUSTICE,
                       Defendant.
------------------------------------------------------------X

23 Civ. 8816 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 11, April 21, May 12 and May 13, 2025, Plaintiff filed his initial disclosures and several discovery responses on the docket in this action.

WHEREAS, Federal Rule of Civil Procedure 5 states that discovery documents should not be filed with the court unless the judge requires the parties to do so.  Discovery documents should be provided directly to opposing counsel.  It is hereby

**ORDERED** that the Clerk of Court is respectfully directed to strike the entries at Dkt. Nos. 78, 85, 86, 87, 88, 89 and 90.

Dated: May 20, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**