

**Office of the New York State Attorney General**  **Letitia James Attorney General**

May 30, 2025

**Via ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED**. The pre-motion conference scheduled for July 8, 2025, is **ADJOURNED** to **July 15, 2025, at 3:15 P.M**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 102.
>
> Dated: June 2, 2025
> New York, New York
>
> *[signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE: *Mendez v. John Jay College of Criminal Justice*
1:23-CV-08816 (LGS)

Dear Judge Schofield:

    This Office represents Defendant, The City University of New York (s/h/a "John Jay College of Criminal Justice")[1] in this action. I write to request a short adjournment of the July 8, 2025 pre-motion conference because I will be out of the country on that date.

    Earlier today, the Court issued a Second Amended Civil Case Management Plan and Scheduling Order. ECF No. 99. That Order scheduled a pre-motion conference for July 8, 2025. *Id.* ¶ 13(c). Unfortunately, as I will be out of the country from July 7-10, 2025 (*see* ECF No. 98), I respectfully request that the Court reschedule the July 8, 2025 conference for a date other than July 7-10, 2025.

    Thank you for your time and consideration of this matter.

Respectfully submitted,

*/s/ Samuel A. Martin*
Samuel A. Martin
Assistant Attorney General
Tel.: (212) 416-8920
samuel.martin@ag.ny.gov

CC: Plaintiff *pro se* (Via Mail and Email)

---

[1]    The John Jay College of Criminal Justice is a senior college of CUNY and is not a "legally cognizable entity apart from CUNY." *Clissuras* v. *City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004); N.Y. Educ. Law § 6202(5).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ

                    Plaintiff,

- against -

JOHN JAY COLLEGE OF CRIMINAL JUSTICE, DEFENDANT

                    Defendants.

No. 1:23-cv-8816

**CERTIFICATE OF SERVICE**

      SAMUEL MARTIN, pursuant to 28 U.S.C. § 1746, certifies under penalty of perjury as follows:

      I am employed as an Assistant Attorney General in the Office of the New York State Attorney General, attorney for Defendant The City University of New York (s/h/a "John Jay College of Criminal Justice").

      On May 30, 2025, I served a true and correct copy of Defendant's May 30, 2025 letter to the Court concerning the July 8, 2025 conference on the below-listed Plaintiff *pro se* by email and by depositing a copy properly enclosed in a prepaid envelope, into a mail deposit box regularly maintained outside of 56 Beaver Street, New York, NY 10004 at the physical address designated by Plaintiff within the State of New York for that purpose as follows:

                    Franklin Mendez
                    P.O. Box 304
                    New York, NY 10108
                    fmendez3327@gmail.com

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       May 30, 2025

                                                *Sm*
                                         SAMUEL MARTIN