UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FRANKLIN MENDEZ, :
                          Plaintiff, :
: 23 Civ. 8816 (LGS)
-against- :
: ORDER
:
JOHN JAY COLLEGE OF CRIMINAL :
JUSTICE, :
                       Defendant. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 24, 2025, a conference was held to discuss Plaintiff's motion to compel certain discovery from Defendant. As discussed at the conference, it is hereby

**ORDERED** that Plaintiff's motion for an adverse inference or, in the alternative, to compel certain discovery from Defendant is **DENIED**.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 112.

Dated: June 25, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE