**Franklin Mendez**
2 Ocean Drive, Apt. 17J
Brooklyn, NY 11224
fmendez3327@gmail.com
(646) 641-6805

October 20, 2025

**Pro Se Office**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**The Honorable Lorna G. Schofield**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** Franklin Mendez v. John Jay College of Criminal Justice
Case No. 1:23-cv-08816 (LGS)

**Dear Judge Schofield:**

Plaintiff respectfully submits this letter regarding Defendant's October 20, 2025 filing of its Local Civil Rule 56.2 notice and accompanying copies of unreported cases, which were required to be served at the time Defendant filed its motion for summary judgment on October 1, 2025.

Defendant's delayed service of the Rule 56.2 notice—19 days after filing its motion—constitutes noncompliance with Local Civil Rule 56.2. That Rule is specifically intended to ensure that pro se litigants receive adequate notice and time to respond to a summary judgment motion.

Plaintiff filed his opposition papers and sworn declaration timely on October 18, 2025, prior to Defendant's late service. Plaintiff should not be prejudiced by Defendant's failure to comply with the Local Rules.

Accordingly, Plaintiff respectfully requests that the Court:

1. Reaffirm the original briefing schedule, including the November 19, 2025 deadline for Defendant's reply;

1

2. Deny any implied or requested extension of Defendant's reply deadline resulting from its own late service;

3. Preclude Defendant from raising new factual or legal arguments in its reply brief that were not included in its original motion papers; and

4. Preserve Plaintiff's right to object or seek leave to file a sur-reply if Defendant attempts to do so.

Plaintiff appreciates the Court's attention to ensuring strict compliance with the Local Rules and maintaining a fair and orderly briefing process.

Respectfully submitted,

**/s/ Franklin Mendez**
**Franklin Mendez**
Plaintiff, Pro Se

**Cc:**
Samuel A. Martin, Esq.
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

Jeffrey Oestericher
Chief, Civil Division
U.S. Attorney's Office, Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

The Honorable Harmeet Dhillon
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001