UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

FRANKLIN MENDEZ,

                              Plaintiff,    :          23 Civ. 8816 (LGS)

               -against-        :          ORDER

JOHN JAY COLLEGE OF CRIMINAL
JUSTICE,

                         Defendant.  :

------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 1, 2025, Defendant moved for summary judgment on all of pro se Plaintiff's claims. Defendant served the Notice required by Local Civil Rule 56.2 on Plaintiff on October 20, 2025, after Plaintiff had filed the opposition to Defendant's motion.

WHEREAS, in an Order dated December 1, 2025, Plaintiff was granted leave to file a surreply and ordered to file a counterstatement to Defendant's Rule 56.1 statement. Plaintiff filed the counterstatement on December 18, 2025.

WHEREAS, Defendant filed a response to Plaintiff's Rule 56.1 counterstatement on December 23, 2025. Defendant did not seek leave to submit this filing.

WHEREAS, Plaintiff submitted a responsive letter and brief to Defendant's Rule 56.1 response on December 24, 2025. Plaintiff did not seek leave to submit these filings. It is hereby

**ORDERED** that Defendant's Response to Plaintiff's Local Rule 56.1 Counterstatement of Material Facts, and Plaintiff's Reply letter and brief thereto, are stricken. The parties shall submit no further filings in connection with Defendant's motion for summary judgment.

The Clerk of Court is respectfully directed to strike the filings at Dkts. 167, 168, and 169.

Dated: December 30, 2025
       New York, New York

                                  LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE