By **October 21, 2026**, Plaintiff shall file any response. So Ordered.

Dated: October 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKLIN MENDEZ
Plaintiff,

- against -

THE JOHN JAY COLLEGE OF CRIMINAL JUSTICE;

Defendant

No. 23-CV-8816 (LGS)

NOTICE OF MOTION FOR RECONSIDERATION

**PLEASE TAKE NOTICE**, that upon the accompanying memorandum of law in support of Defendant's motion for reconsideration dated October 1, 2026 and all other papers and proceedings herein, Defendant, the City University of New York (s/h/a "The John Jay College of Criminal Justice"), [1] will move this Court before the Honorable Lorna G. Schofield at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order pursuant to Local Rule 6.3 granting Defendant's motion for reconsideration of the Court's September 17, 2026 Order and Opinion, and upon reconsideration, granting Defendant summary judgment dismissing the remainder of Plaintiff's claims, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Honorable Lorna G. Scholfield's Individual Rules and Procedures for Civil Cases III(A)(3), Plaintiff shall not submit opposition to a motion for reconsideration unless directed to do so by the Court.

Dated: New York, New York
October 1, 2026

[1] John Jay College of Criminal Justice is not a "legally cognizable entity apart from CUNY." *Clissuras v. City Univ. of N.Y.*, 359 F.3d 79, 81 n.2 (2d Cir. 2004).

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant*

By: /s/ *Samuel Martin*
Samuel Martin
Assistant Attorney General
28 Liberty Street, 17th Floor
New York, New York 10005
212-416-8920
samuel.martin@ag.ny.gov

To: Plaintiff *pro se* via Email and Mail