Vinson&Elkins

Marisa F. Antonelli mantonelli@velaw.com
**Tel** +1.212.237.0151 **Fax** +1.917.849.5396

Application **GRANTED**. The status conference scheduled for December 1, 2026, is adjourned to **December 14, 2026 at 3:15 P.M.**

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 182.

Dated: November 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

November 25, 2026

**Via ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Mendez v. The John Jay College of Criminal Justice*, No. 1:23-cv-08816 (LGS) – Letter Motion to Adjourn December 1, 2026 Status Conference**

Dear Judge Schofield:

We are pro bono counsel for Plaintiff Franklin Mendez in the above-referenced action, and we write to respectfully request a short adjournment of the status conference currently scheduled for December 1, 2026.

Our firm recently filed notices of appearance on behalf of Mr. Mendez, who previously proceeded pro se. A brief adjournment will allow us to meet with our client, become familiar with the record, and prepare to participate meaningfully in the conference.

Plaintiff respectfully requests that the conference be adjourned to December 14, 2026 or to another date convenient to the Court. Counsel for Defendant has consented to this request for an adjournment. Counsel for Defendant has advised that they are unavailable on December 8 and December 10, 2026, the afternoon of December 15, 2026, and from December 21, 2026 through January 4, 2027. This is Plaintiff's first request for an adjournment or extension of the December 1, 2026 conference.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Marisa Antonelli*

Marisa F. Antonelli
Julia Wenck
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0000
mantonelli@velaw.com
jwenck@velaw.com

*Counsel for Franklin Mendez*